AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | |
|---|---|
| United States of America<br>v.<br><br>Kristian James O'Hara<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 18 - 131M

REDACTED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 24, 2017 _____ in the county of _____ New Castle _____ in the _____ District of _____ Delaware _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Cyberstalking in violation of 18 U.S.C. § 2261A |

FILED
JUL 24 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

This criminal complaint is based on these facts:

See the attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey A. Reising, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/24/18__

_____
*Judge's signature*

City and state: _____ Wilmington, Delaware _____

Hon. Christopher J. Burke, U.S. Magistrate Judge
FILED    *Printed name and title*

AUG 2 4 2018

## AFFIDAVIT

I, Jeffrey A. Reising, having been duly sworn according to law, state as follows:

### I.    INTRODUCTION

1.    I have been a Special Agent with the FBI since May 11, 1997.  As part of my duties, I investigate violations of federal law, including cyber-crime cases such as computer intrusions, cyberstalking, identity theft, and Internet fraud.  I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations.  I am a member of the FBI Baltimore Cyber Task Force.

2.    As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.  I previously participated in the execution of numerous search warrants and arrest warrants, and I have prepared numerous search and arrest warrant affidavits.

3.    I make this Affidavit in support of an application for a criminal complaint and arrest warrant charging Kristian James O'Hara (O'Hara) with one (1) count of Conspiracy to Commit Cyberstalking, in violation of Title 18, United States Code, Sections 371 and 2261A.

4.    This affidavit is based upon my personal knowledge; my review of documents and other evidence; my conversations with other law enforcement personnel; and my training, experience and advice received concerning the use of computers in criminal activity and the forensic analysis of electronically stored information ("ESI").

5.    Unless otherwise stated, all information contained in this affidavit is either personally known to me or has been related to me by other law enforcement agents involved in the investigation.  Since this affidavit is being submitted for the limited purpose of applying for a criminal complaint and arrest warrant, I have not included each and every fact I know about this

investigation. Rather, I have set forth only the necessary facts to establish probable cause to believe, for the reasons stated below, that O'Hara has committed violations of 18 U.S.C. §§ 371 and 2261A.

## II.   **THE SPECIFIED FEDERAL OFFENSE**

6.      From on or about December 2016, through on or about July 19, 2018, in the District of Delaware and elsewhere, O'Hara knowingly and intentionally conspired with a Co-Conspirator (CC-#1), known to Your Affiant, to use an interactive computer service – or any other facility of interstate commerce – to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, if done with the intent to harass or intimidate. *See* 18 U.S.C. §§ 371 and 2261A(2).

7.      The term '"course of conduct' means a pattern of conduct composed of 2 or more acts, evidencing a continuity of purpose." 18 U.S.C. § 2266(2).

8.      Although not defined in 18 U.S.C. §§ 2261A or 2266, an "interactive computer service" is defined elsewhere in the United States Code to include "any information service, system, or access software provider that provides or enables computer access by multiple users to a computer server, including specifically a server or system that provides access to the Internet . . . ." 15 U.S.C. § 1637(c)(7)(C), 18 U.S.C. § 1462 (cross-referencing 47 U.S.C. § 230(f)); 47 U.S.C. § 230(f).

## III.   **TECHNICAL BACKGROUND**

9.      The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

2

10.     An "Internet Protocol address" or "IP address" is a unique numeric address used to identify computers on the Internet.  The standard format for IP addressing, Internet Protocol version 4 ("IPv4"), consists of four numbers between 0 and 255 separated by dots, e.g. 149.101.10.40.  Every computer connected to the Internet (or group of computers using the same account to access the Internet) must be assigned an IP address so that Internet traffic, sent from and directed to that computer, is directed properly from its source to its destination.  Internet Service Providers ("ISP") assign IP addresses to their customers' computers.  ISPs typically log their customers' connections, which mean that the ISP can identify which of their customers are assigned a specific IP address during a particular session.  Most Internet traffic is routed via IPv4, but Internet Protocol version 6 ("IPv6") is also being used.

11.     IPv6 is the most recent version of the IP, the communications protocol that provides an identification and location system for computers on networks and routes traffic across the Internet.  Every device on the Internet is assigned a unique IP address for identification and location definition.  With the rapid growth of the Internet after commercialization, more addresses were required than IPv4 had available.  IPv6 addresses are represented as eight groups of four hexadecimal digits with the groups being separated by colons, for example 2001:0db8:0000:0042:0000:8a2e:0370:7334, but methods to abbreviate this full notation exist.

12.     A "server" is a centralized computer that provides services for other computers connected to it through a network.  The computers that use the server's services are sometimes called "clients."  Server computers can be physically located anywhere.  For example, it is not uncommon for a network server to be located hundreds, or even thousands, of miles away from the client's computer.

3

13.     Electronic mail ("email") sent over the Internet contains IP addresses that can be used to determine the origin and destination of the message.  The "header" of an email, which is attached to the top of every email and contains IP addresses of computers which have transmitted the email, may be used to identify the "path" through the Internet the email traveled from its origin to its destination.  The header will often contain the IP addresses of any and all servers from which the given email "bounced" en route to its destination.  These IP addresses may be traced to determine the sender of a specific email.

14.     "Geolocation" is, in general, the process of identifying an IP address's geographical location, including its country of origin, which in turn helps identify the location of the device connected to the Internet using that IP address.

**IV.     FACTS SUPPORTING PROBABLE CAUSE**

15.     As set forth below, there is probable cause to believe that Kristian James O'Hara ("O'Hara") and CC-#1, engaged in a conspiracy to cyberstalk                  "G        ").  Your Affiant believes that O'Hara and CC-#1 have used a number of emails, telephone "spoofing" applications, websites, and IP addresses to cyberstalk G        ince at least December 2016; G        and O'Hara are                           alumni, where they were acquaintances.

**A.     G        Was Cyberstalked Between December 2016 and May 2018**

16.                            ("G        ") is a twenty-five year old female currently living at                            New York, New York 10016 ("G        NY Address"), within the Southern District of New York.  G        was born and raised in Delaware.

17.     G        's parents,                            , reside at                            Wilmington, Delaware 19810-2259 ("G        DE Address"), within the District of Delaware.

4

18.     G       attended                        for undergraduate and graduate school.  While there, she played softball competitively.

19.     G       graduated with a Master's degree from            in 2016.  After briefly moving back to the G       DE Address, G       moved to the G       NY Address to begin her career at

### 1.  The Cyberstalking Begins (December 2016 – January 2017)

20.     In December 2016, G       began to receive 20 to 30 random calls a day from phone numbers all across the United States.  Shortly after the random calls started, she began receiving large "Grubhub"[1] orders at the G       NY Address.  The Grubhub orders were always "huge" and were always payable upon delivery.  At this point, the Grubhub orders were linked to her original cellular telephone number,

21.     Also in December 2016, Grubhub orders began arriving at the G       DE Address.

22.     Around mid-December 2016, the G       home telephone number in Delaware,       , received two (2) calls in the middle of the night.  The calls appeared to be coming from G       's cellular telephone number.            called her daughter to ask what was happening and learned that she had not called and G       had her cellular telephone with her. asked G       if she was "being held hostage."  After receiving these calls, the family knew that "something was not right."  G       was "freaked out" by the calls and the calls were frightening              nd making her paranoid.

23.     Your Affiant believes that the unknown cyberstalker was "spoofing" G       's cellular telephone number and calling her parents in at the            DE Address to harass and

---

[1] Grubhub is an online and mobile food-ordering company that connects diners with local restaurants.

5

intimidate the family. "Spoofing" occurs when a caller deliberately falsifies the information transmitted to a receiver's caller ID display to disguise the caller's identity.

24.     At this point in time, G          began dating          , who she knew from Delaware.          worked at                                          in Philadelphia and his parents lived in Delaware. G          learned that          was receiving unwanted Grubhub orders to his workplace and at his parent's residence.

25.     While G          was dating          , he was "tagged" in her Instagram[2] social media account. Your Affiant believes that the cyberstalker was monitoring G          's Instagram account, discovered that she was dating          , and used the Grubhub orders as a way to harass and intimidate          , his family, G          , and G          's family.

26.     During this timeframe,                    contacted a family friend, who is employed by the FBI. The FBI employee advised the family to obtain a new cellular telephone number. G cancelled her old telephone number,                    , and obtained a new cellular telephone,

27.     After G          changed her telephone number, she did not receive any suspicious calls to the new number until May 2018 and the Grubhub food deliveries stopped for a brief time period.

---

[2] Instagram is a photo and video-sharing social network service owned by Facebook, Inc. Instagram allows users to upload photos and videos to the service, which can be edited with various filters, and organized with tags and location information. An account's post can be shared publicly or with pre-approved followers. Users can browse other users' content by tags and locations, and view trending content. Users can "like" photos, and follow other users to add their content to a feed.

## 2.  The Cyberstalking Continues (April 2017 - December 2017)

28.     In April 2017,        and              received a late night called that appeared to be coming from the old cellular telephone number of their daughter,              , which had been cancelled.

29.     On September 24, 2017, a Domino's[3] pizza order was sent to the G      DE Address.  Then in October 2017, a series of Domino's pizza orders were received at the G      NY Address.

30.     On October 26, 2017, G      returned to Delaware for a dental procedure.

31.     At 1:10 am on October 27, 2017, a "Private Caller" number called and left a message on the answering machine at the G      residence in Delaware.  The caller claimed to be from the "Dentist office" and that        's procedure had been cancelled and that she should reschedule.  G      checked with the dentist's office and her procedure had not been cancelled and no one from the office called the house.

32.     The transcribed voice mail recording is as follows:

"Hi, this is the dentist office in regards to an appointment for        Um, the doctor had an emergency tonight so he is unable to make tomorrow's appointment. We are going to have to reschedule for next week. We apologize for any inconvenience. Feel free to give us a call tomorrow."

33.     G      advised that this call "freaked everyone out."              believed that         was in danger and that someone was watching and/or following her.  G      stated that she wondered how anyone knew she was having the dental procedure.  G      said it was possible that

---

[3] Domino's is an American pizza restaurant chain that is headquartered in Ann Arbor, Michigan.

she "Snapchatted"[4] that she was going home for this procedure. After this incident, purchased Mace for G       to carry with her.

34.     The                              Homecoming was on the following weekend, November 4, 2017. G     attended and ran into all of her friends. O'Hara was there and, according to G        , was intoxicated. O'Hara commented that he had not seen her in a while and asked for her telephone number so he could text message her. O'Hara told her "I've texted you to hang out." G       gave him her new cellular telephone number,                      . Even though O'Hara said he wanted to text her, she never received any text messages from him.

35.     On November 20, 2017, a Domino's pizza orders was sent to the G      NY Address.

36.     Records of the Domino's pizza orders maintained by the G       family showed that the  November  20,  2017  order  was  linked  to  G          work  email  address, The order was placed at 1:18 am EST. The order was sent to G       NY Address and had a call back number of

37.     G       came back to Delaware for Thanksgiving in November 2017. On November 24, 2017, at 11:22 pm, a "Private Caller" number called and left a message on the answering machine at the       DE Address. The caller claimed that G      had given him Chlamydia.

38.     The transcribed voice mail recording is as follows:

Hi, this is **Marcus Halberstram, from Pierce & Pierce, Mergers and Acquisitions Division**. I been trying to get touch with your daughter for some time now. I think she might have blocked my

---

[4] Snapchat is a multimedia messaging app developed by Snap Inc., which is based in Los Angeles, California. One of the principal concepts of Snapchat is that pictures and messages are only available for a short time before they become inaccessible.

phone number, but, um, she gave me Chlamydia and I'm…I'm pretty upset about it. If someone could get in touch with me my number is **201-450-16__**[unintelligible]. If not, just look up Halberstram, when you call. Um, appreciate it. Thank you.

39.     Marcus Halberstram, from Pierce & Pierce, Mergers and Acquisitions Division, is a reference to the film *American Psycho*. The lead character in the film, Patrick Bateman, went to an exclusive private preparatory school and worked as an investment banker. He was also a serial killer who sadistically killed women.

40.     On November 26, 2017, there was another "Private Caller" call to the G        E Address. The caller left no message. After receiving this call, the G        family disconnected the answering machine from their home telephone line, so callers could not leave messages. They have not reconnected the answering machine to date. The G        s answering machine is currently in the custody of the FBI.

41.     After receiving these calls.                    wanted G        to leave New York and move back home to Delaware.                    reported being afraid for G        's safety living in New York City.

42.     On December 1, 2017, a Domino's pizza order was sent to the G        NY Address.

43.     Records of the Domino's pizza orders maintained by the G        family showed that the    December    1,    2017    order    was    linked    to    G        's    work    email    address,
                            The order was placed at 12:10 am EST. The order was sent to G        NY Address and had a call back number of

### 3.  G        Runs into O'Hara in April 2018 and the Cyberstalking Resumes

44.     In mid-April 2018,        was at a bar called "Johnny Utah's" with a friend.  While at the bar, they ran into O'Hara, who was having a drink with his friend, later identified as Witness #1.        stated that nothing weird or awkward happened when they met.

45.     On May 8, 2018, G      was on the train and was holding both her work and personal cellular telephones and both of them were ringing with the other phone's number.

46.     On May 9, 2018, the Grubhub orders began again that were linked to her work email address.

47.     Also on May 8 and 9, 2018, two "Private Caller" calls were received at the G DE Address.

48.     Beginning on May 9, 2018, G       began receiving random emails to her work email account,                              The individual conducting this cyberstalking campaign had signed Rachel up to receive emails from the following entities: Hasbro, Bass Pro Shop, Lenovo, Pornhub, Tractor Supply, Planned Parenthood Federation of America, Domino's, Grubhub, and Planned Parenthood of New York City.

49.     G      dvised her manager at          what was happening since some of the emails she was receiving were from banned sites like Pornhub.com.  G      was afraid that she might be fired if she did not let them know what was happening.  G      said that          has taken steps to address the situation, like changing her work telephone numbers and her email.

50.     On May 10, 2018, at around 1:30 am, G      received a series of text messages to her personal cellular telephone number.  G      called her parents and was "freaking out."  G      saw that the individuals texting her were discussing a "Chat" and G      suspected her contact information was being posted in a chat room.



51. G        stated that she thought about moving back to Delaware at this point. She was considering asking                    if she could work remotely from her parents' house, but was not sure how it would work. G        decided that since the activity was also occurring in Delaware it would not likely stop if she moved back home.

52. G        believes that the individual behind this activity was trying to sabotage her career. G        tated that she was paranoid because she did not know who was doing this or what their intentions were. G        advised that she was afraid to walk out of her apartment alone. G stated that she is afraid and did not know who was watching her.

### B. The FBI Cyberstalking Investigation Linked O'Hara to Numerous Cyberstalking Events

53. The FBI Baltimore Cyber Task Force opened a Computer Intrusion and Cyberstalking investigation after learning the details of these events. Your Affiant is a member of the FBI Baltimore Cyber Task Force in Wilmington, Delaware. This investigation was worked in

11

coordination with the United States Attorney's Office of the District of Delaware and with the assistance of the FBI New York Cyber Task Force, FBI Newark Cyber Task Force, United States Attorney's Office of the Southern District of New York, and the United States Attorney's Office of the District of New Jersey.

54.    On May 13, 2018, G        provided Your Affiant with a series of screen capture photos from her personal and work cellular telephones and her work email.

55.    On May 16, 2018, Your Affiant began contacting the individuals making those calls to G      's phones and to the entities who were emailing her.

### 1. FreeChatNow.com Records Showed that Cyberstalking Activity Occurred from                     -Affiliated IP Addresses

56.    After speaking with multiple men who called, left voicemail messages, or sent text messages, to G      's cellular telephone,              on or about May 10, 2018, Your Affiant learned that the these calls were connected to the website "FreeChatNow.com."

57.    FreeChatNow.com is a website that has live "chat rooms." Many of the chat rooms on this site are sexual in nature.

58.    Multiple individuals recalled being sent "Instant Messages" ("IM") within the FreeChatNow.com webpage by a user in the "Sex Chat" room to call them at              . One FreeChatNow.com user recalled that the user posting the              number was named "        "

t

12

60.     After obtaining these results, Your Affiant asked G          if she knew anyone who

worked at                          in New Jersey.  G          reviewed her LinkedIn[6] contacts and noted that

Kristian James O'Hara, a                              alumni, currently works at                          .

---

[5]                       is an American multinational investment bank and financial services company
headquartered in New York City.

[6] LinkedIn – www.linkedin.com – is a business-oriented social networking website that allows
registered members to professionally network online.  Registered members have a user profile that
typically lists their work and educational history.

**2. Kristian James O'Hara Works at                    and His Interactions
    with G       Coincide with Cyberstalking Activity**

65.    Kristian James O'Hara is employed as a Wealth Advisory Associate at the

office located at                                                              O'Hara

graduated with a Bachelor's Degree in Economics from                     in 2016.

66.    G       met O'Hara, who had the nickname "Speedy," in her Junior year at

       G       said that she could tell that O'Hara liked her, but she was never interested in him

romantically.

67.    O'Hara worked at WFUV, the campus radio station, and came to be the radio

announcer at            Softball games.  Through this position, he on one occasion stopped at the

G       DE address in 2016 to watch a tournament along with approximately 30 other individuals

affiliated with                     softball.

68.    In fall 2016, O'Hara called G       "out of the blue."  O'Hara asked if he could stay

at her apartment for the night because the trains were not running.  G       gave him the G       NY

Address and agreed to let him stay at her apartment for the evening.  G       advised that he could

sleep on the couch.  G       aid that she told him at 7 am the next morning that he needed to get

going because she had things to do.  G       advised that O'Hara made no advances towards her

that evening.

69.    As mentioned above, the Cyberstalking campaign against G       began in

December 2016.

70.    Also as mentioned above, after G       cancelled her old telephone number,

       and obtained a new cellular telephone,                     the harassing calls to her cellular

14

stopped.  In the Marcus Halberstram, from Pierce & Pierce, Mergers and Acquisitions Division call, the caller stated "I been trying to get touch with your daughter for some time now. I think she might have blocked my phone number."

71.    G        provided her new telephone number to O'Hara at the Fordham University Homecoming on November 4, 2017.  The cyberstalker had that number for the May 2018 postings on FreeChatNow.com.

72.    Finally, O'Hara saw G        at a bar in New York City in mid-April 2018, just weeks before the most recent activity.

### 3.  O'Hara's Cell Phone Number Links to Suspicious Calls

73.    On Friday, May 11, 2018, the day after the series of FreeChatNow.com related calls to her personal cellular telephone, G        received a number of suspicious late night calls to her work cellular telephone number,              , from        O'Hara. telephone number

74.            O'Hara is Kristian James O'Hara's father.  He is the owner of

NY 10954-2043 (O'HARA'S RESIDENCE).  Verizon Wireless provided that the cellular telephone number used by O'Hara,              is registered to        O'Hara at O'HARA'S RESIDENCE.

75.    On May 16, 2018, at approximately 9:45 pm, Your Affiant called and asked for "        " O'Hara answered the phone and replied "This is Kristian, no        here" and hung up.

76.    Your Affiant called O'Hara back and left a voicemail message advising that he was an FBI Special Agent in Wilmington, Delaware working on a Federal Cyberstalking

15

investigation. O'Hara was advised that his telephone number was connected to that investigation and he was asked to call back to discuss the matter.

77.     O'Hara called back shortly after Your Affiant left him the message. O'Hara asked why he was being contacted so late in the evening. O'Hara was advised that his cellular telephone had made a series of calls to a 914 area code number at around 11 pm on May 11, 2018. O'Hara confirmed that he made those calls.

78.     O'Hara was asked to provide an email account so Your Affiant could send him screen capture photos of the calls received by a young woman who was being cyberstalked. O'Hara refused to provide an email address.

79.     O'Hara was asked if he was familiar with the webpage, FreeChatNow.com and he said that he was. O'Hara was asked if he was on FreeChatNow.com on or about May 10, 2018 and if he had been contacted by a user named "          " to make those calls. Your Affiant advised O'Hara that the real "          " was getting calls and texts from FreeChatNow.com users and she is terrified. O'Hara responded that "she isn't in any danger." When Your Affiant inquired how O'Hara could know if "          " was not in danger, O'Hara responded that no one is going to hurt her.

80.     O'Hara stated that he needed to disconnect the call since he had arrived at his home and that he would call back "tomorrow." O'Hara has never re-contacted Your Affiant.

81.     During her FBI interview where she identified O'Hara as the likely Cyberstalking subject, G          was asked what Kristian "Speedy" O'Hara's telephone number was. G          accessed her old cellular telephone for his contact information and provided

16

## V.  SEIZED iPHONE FROM FEDERAL SEARCH WARRANT REVEALS CONSPIRACY TO CYBERSTALK AND RECENT THREATENING LANGUAGE

82.     On July 19, 2018, FBI New York Cyber Task Force executed a Search Warrant at the O'HARA RESIDENCE, in the Southern District of New York.  Also, on July 19, 2018, the FBI Newark Cyber Task Force executed a Search Warrant at O'Hara's office at in the District of New Jersey.

83.     Multiple pieces of evidence were seized at the O'HARA RESIDENCE.  One of those times items was O'Hara's Apple iPhone.

84.     On July 19, 2018, Your Affiant took custody of the evidence seized from the O'HARA RESIDENCE and transported it back to the FBI office in Wilmington, Delaware.  After securing the evidence, Your Affiant began a review of O'Hara's iPhone.

85.     Your Affiant immediately found that on the afternoon of July 18, 2018, O'Hara discussed in great detail the cyberstalking of        G        and her family with four individuals in O'Hara's "BEAST MODE 2" message group.

86.     Witness #1 attended                          and worked with O'Hara at WFUV and also called                          Softball games.  Witness #1 knows        G        personally and was present at the G        residence in May 2016 with O'Hara and the              softball team. Witness #1 was also present with O'Hara at the last meeting with G        at the bar Johnny Utah's in New York City in April 2018.

87.     Witnesses #2, #3, and #4 are all primarily friends with Witness #1, but know O'Hara.

88.     The screen captures below are from the review of the O'Hara Apple iPhone.  The text in the BLUE text bubble is O'Hara.









5:02 PM
BC
BEAST MODE 2
THE STORY IS FOREVER BUT I WILL TRY MY BEST
UNLESS YOU WANT TO HEAR IT IN BELMAR AND THE HOTEL ROOM THAT IM SURE [redacted] ALREADY BOOKED
[redacted]
LMAOO UP TO YOU
OK ILL TELL IT HERE
BUCKLE UP
[redacted] EEL FREE TO INTERJECT AS NEEDED
SO [redacted] AND I DID RADIO AT FORDHAM TOGETHER AND COVERED THE FORDHAM SOFTBALL TEAM MY SENIOR YEAR

5:02 PM
BC
BEAST MODE 2
I WAS INTERESTED IN BANGING A FRESHMAN GIRL WHO TURNED OUT TO BE A LESBIAN BUT THATS A WHOLE DIFFERENT STORY
SO I KNEW THE [redacted] BECAUSE SHE USED TO HOOKUP WITH MY ROOMMATE FOR A BIT
[redacted]
JB
L AOOOO
SOON AFTER I GRADUATED SHE BECAME EXTREMELY PROMISCUOUS ON TWITTER SO IM LIKE OH WORD?
LONG STORY SHORT I UNSUCCESSFULLY TRIED TO BANG SO IM LIKE BET AND I DIPPED

5:03 PM
BC
BEAST MODE 2
BUT WAIT THERES MORE
SHE LIED TO ME ABOUT THERE NOT BEING ANOTHER GUY, TURNS OUT SHE HAD A BF ONE MONTH LATER
HA HA
SO I GO THROUGH THE STANDARD PROCEDURE OF SENDING FOOD TO HER HOUSE, JOB, HAVING MY FRIEND HARASS HER INTO CHANGING HER PHONE NUMBER ETC.
BEST PART ABOUT IT IS SHE WAS CLUELESS AND HAD NO IDEA IT WAS ME
Brian [redacted]
!!
BC
STANDARD PROCEDURE

SO FAST FORWARD TO THIS APRIL IN NYC WITH MY PALS [redacted]
HA HA
WE ARE AT 230 5TH AND TURTLE BAY GETTING BLITZED WHEN FUCKING ASSHOLE DICKHEAD [redacted] GOES "Hey maybe you should snap her and see if she answers!" BECAUSE SHE LIVES IN THE CITY
HA HA
SO IM LIKE HORRIBLE IDEA BUT IM DRUNK AND HORNY LIKE ALWAYS SO I DO

19





89.    On July 20, 2018, Your Affiant identified CC-#1 in reviewing O'Hara's Apple iPhone. A review of text messages between O'Hara and CC-#1 confirmed the conspiracy to cyberstalk ____ and her family. Below is one such example.

20



90.     Based on the information on CC-#1 on O'Hara's Apple iPhone, he was identified as a male residing in the District of New Jersey.  CC-#1 previously attended the University of Kentucky and lived in an apartment complex near the school.

92.     The review of the O'Hara Apple iPhone also found several recent instances where O'Hara states or implies an intent to harm G        and/or her family.

21



93.    On May 20, 2018, O'Hara posted a screen-capture of an LATimes.com story titled "Texas school shooter killed girl who turned down his advances."   CC-#1 replied "Wow" and O'Hara replied, "Not surprised."



94.     On Sunday, July 15, 2018, O'Hara, in an earlier "BEAST MODE 2" text chat with

Witnesses #1 - # 4 stated "I WOULD LIGHT                    ON FIRE IF GIVEN THE CHANCE"

AND "I WANNA BURN HER HOUSE DOWN."



## VI.   <u>CONCLUSION</u>

95.   Based on the foregoing information, I believe that O'Hara and CC-#1 knowingly and intentionally conspired or agreed with one another to commit an offense against the United States, namely, to cyberstalk G      her family, and others.  I believe that O'Hara, in coordination with CC-#1, took steps to conceal his identity while conducting this cyberstalking campaign.

96.   For the reasons detailed above, Your Affiant requests that this Court issue a criminal complaint and arrest warrant for Kristian James O'Hara, as probable cause exists to believe that he conspired to cyberstalk      G      and her family, in violation of 18 U.S.C. §§ 371 and 2261A.

24

97.    In light of the confidential nature of the continuing investigation, I respectfully request that this affidavit and all papers submitted herewith be maintained under seal until the Court orders otherwise.

Respectfully submitted,

Special Agent Jeffrey A. Reising
FBI Baltimore Cyber Task Force
Wilmington Resident Agency

Sworn and subscribed before me
this 24th day of July, 2018

Honorable Christopher J. Burke
United States Magistrate Judge

25